AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 26, 2026

SEAN F. MCAVOY, CLERK

| | |
|---|---|
| STODDARD BROTHERS LLC, an Idaho limited liability company | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  2:25-CV-448-TOR |
| PNWCM LLC et al, a Washington limited liability company; DOUGLAS KONOLD and ANGELA KONOLD, individually and the martial community comprised thereof, | ) ) ) |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:  Judgment is entered for money damages in favor of Plaintiff and against DOUGLAS KONOLD and ANGELA KONOLD, in the amount of $1,988,455.36 (consisting of $1,921,281.44 in principle and prejudgment interest in the amount of $67,173.92 (calculated as of May 26, 2026, pursuant to the Promissory Note at ECF No. 1 at 18-20 and ECF No. 16-11 at 3)) plus filing fees of $405, service fees of $429.30, attorneys' fees of $9,563 and miscellaneous costs of $177.56.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge    THOMAS O. RICE


Date:  05/26/2026                                    *CLERK OF COURT*


                                                     s/Sean F. McAvoy
                                                     *Signature of Clerk*